IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SHANIQUA DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 5:14-cv-00203-BR |
| | ) | |
| WELLS FARGO BANK & COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**UPON CONSIDERATION** of the Motion to Stay Proceedings filed by Defendant Wells

Fargo Bank & Company, in the above-captioned matter, and for good cause shown;

**IT IS ORDERED** that this matter is **STAYED** up to and including January 23, 2015, or

until a motion for substitution is filed with this Court, whichever occurs first. Pursuant to Rule

25 of the Federal Rules of Civil Procedure, said motion shall be filed no later than January 23,

2015, ninety (90) days after service of the Suggestion of Death filed by Defendant.

**SO ORDERED**, this the 3rd day of November 2014.

KIMBERLY A. SWANK
United States Magistrate Judge