UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:14-CV-203-BR

SHANIQUA DAVIS,
      Plaintiff,

v.                                ORDER

WELLS FARGO BANK & COMPANY,
      Defendant.

      This matter is before the court on defendant's 22 October 2014 suggestion of plaintiff's death, which was served on plaintiff's counsel of record and plaintiff's personal representative. (DE # 26.)  More than 90 days have passed since service of the filing, and a motion to substitute for plaintiff has not been filed.  Accordingly, this action is DISMISSED.  <u>See</u> Fed. R. Civ. P. 25(a)(1).

      This 28 January 2015.

_____
                 W. Earl Britt
                 Senior U.S. District Judge