UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Shaniqua Davis,  )
   )
          Plaintiff,  )
   )
  v.  )  **JUDGMENT**
   )
Wells Fargo & Company,  )  5:14-CV-203-BR
   )
          Defendant.  )
   )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is DISMISSED.

**This judgment filed and entered on January 29, 2015, and served on:**

Anthony James Cuticchia, Jr. (via CM/ECF Notice of Electronic Filing)
Phillip J. Strach (via CM/ECF Notice of Electronic Filing)
John Allen Thomas (via CM/ECF Notice of Electronic Filing)

January 29, 2015                  /s/ Julie Richards Johnston,
                                                            Clerk of Court